# Court of Appeals
# of the State of Georgia

ATLANTA,___March 05, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A0698. SPIERS v. SPIERS.**

The appeal in the above-referenced matter was docketed on December 12, 2013. Under Court of Appeals Rules 22 (a) and 23 (a), appellant must file a brief and enumeration of errors within 20 days after the case is docketed, and the failure to file within that time, unless extended for good cause shown, may subject the appeal to dismissal. Appellant's brief and enumeration of errors in this case were due to be filed no later than January 2, 2014. Appellant has neither filed a brief and enumeration of errors nor requested an extension of time in which to do so. Accordingly, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_03/05/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*